**Order filed April 9, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00198-CV

_____

### LAUREN ERICKSON, Appellant

### V.

### KENNETH A. LEPOW, D.D.S., INC. D/B/A LEPOW DENTAL ASSOCIATES, LEPOW FAMILY DENTAL, PLLC, WEST ROAD DENTAL, PLLC, GREATER HOUSTON DENTAL SOCIETY, KENNETH A. LEPOW, D.D.S., CALVIN JUNG, D.D.S., AND EVAN MELAMED, D.D.S., Appellees

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-07441**

## O R D E R

The notice of appeal in this case was filed March 8, 2019. To date, the filing fee of $205.00 has not been paid. No evidence that appellants are excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. _See_ Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **April 24, 2019.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM

Panel Consists of Justices Wise, Zimmerer, and Spain.